**FILED**

2010 Mar-08  PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

CHEMICAL LIME COMPANY OF ALABAMA,  )
INC., et al.,                      )
                                   )
          Plaintiffs,              )
                                   )
v.                                 ) CIVIL ACTION NO. 08-PWG-1897-S
                                   )
DUCON TECHNOLOGIES, INC., et al.,  )
                                   )
          Defendants.              )

<u>O R D E R</u>

Counsel for the parties have filed a Joint Stipulation for Dismissal, With Prejudice.  Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this action is DISMISSED with prejudice and without costs, expenses or attorneys fees to any party.

As to the foregoing it is SO ORDERED this the 8th day of March, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE